**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

MICHELLE THOMAS,                    )
                                    )
                Plaintiff,          )
                                    )
v.                                  )          CIVIL ACTION NO.
                                    )          3:23-cv-00072-CLB
                                    )
KILOLO KIJAKAZI,                    )
Acting Commissioner of             )          ORDER GRANTING
Social Security,                    )          PLAINTIFF'S MOTION FOR
                                    )          EXTENSION OF TIME
                Defendant.          )

AND NOW this 13th day of June, 2023, Plaintiff is granted an extension of time until July 20, 2023, to file her Motion for Remand and/or Reversal and Supporting Brief.

Date: June 13, 2023

_____
HONORABLE CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

1