```
JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MICHAEL J. MULLEN
Special Assistant United States Attorney
Washington Bar No. 54288
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2748
Facsimile: (206) 615-2531
E-Mail: michael.j.mullen@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 3:23-cv-00072-CLB<br><br>**ORDER GRANTING**<br>**STIPULATED MOTION FOR REMAND** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this matter be remanded for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ should further develop the record, as necessary; offer Plaintiff the opportunity for an administrative hearing; reevaluate the evidence; and issue a new decision.

　　　The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: September 22, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney

Attorneys for Defendant

*/s/ Michael J. Mullen for*
HANNALORE BURNS MERRITT
(as authorized by email)

Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2023